

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-14-00061-CV

**IN THE INTEREST OF D.S.O.,** a Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01423
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The Appellant R.S.'s Second Motion for Extension of Timed to File Brief is GRANTED. The brief is due on April 7, 2014.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court